**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **ADDISON DAVILA,** | |
| **Plaintiff,** | |
| v. | Case No: 4:23-cv-00033 |
| **SJ PERRY LLC,** | |
| **Defendant.** | |

## MOTION TO WITHDRAW APPEARANCE

Defendant SJ Perry LLC, ("SJ Perry" or "Defendant"), by and through undersigned counsel, respectfully move to withdraw the appearance of Shaun M. Bennett as an attorney of record pursuant to Local Rule 83.1(G). Defendant will continue to be represented by Kristina H. Vaquera and Olivia Cohen, both of whom have entered an appearance.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order that withdraws Shaun M. Bennett as an attorney of record for Defendant in this case.

Dated: June 14, 2023

Respectfully Submitted,

**SJ PERRY LLC,**

By: _____/s/_____
Kristina H. Vaquera (VSB No. 43655)
Shaun M. Bennett (VSB No. 93391)
Olivia R. Cohen (VSB No. 98149)
JACKSON LEWIS P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:   (757) 648-1445
Facsimile:    (757) 648-1418
kristina.vaquera@jacksonlewis.com

shaun.bennett@jacksonlewis.com
olivia.cohen@jacksonlewis.com
*Counsel for Defendant*