AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Davila | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:23-cv-00033-JKW-RJK |
| SJ Perry LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SJ Perry LLC.

Date:   07/17/2023

/s/ Milena Radovic
*Attorney's signature*

Milena Radovic (VA bar No. 91000)
*Printed name and bar number*
Jackson Lewis, P.C.
500 East Main Street, Suite 800
Norfolk, VA 23510

*Address*

Milena.Radovic@jacksonlewis.com
*E-mail address*

(757) 648-1444
*Telephone number*

(757) 648-1418
*FAX number*