IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| ADDISON DAVILA, on behalf of himself and all other others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SJ Perry LLC d/b/a Chick-fil-A/Newmarket DTO (04385),<br><br>　　　　　　　Defendant. | Civil Action No. 4:23-cv-00033 |

**NOTICE OF FILING OF CONSENT TO JOIN FORMS**

　　　　Plaintiff Addison Davila, on behalf of himself and all others similarly situated, hereby files this notice of filing of Consent to Join Forms for Daisha Suggs, Ebony Thompson, and Skyla Jones, attached hereto as Exhibits 1 through 3, respectively.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　ADDISON DAVILA, on behalf of himself and all others similarly situated

　　　　　　　　　　　　　　　　　　By counsel

　　　　　　　　　　　　　　　　　　 /s/ David W. Thomas_____
　　　　　　　　　　　　　　　　　　David W. Thomas, Esq. (VSB No. 73700)
　　　　　　　　　　　　　　　　　　MichieHamlett PLLC
　　　　　　　　　　　　　　　　　　310 4th Street NE, 2nd Floor
　　　　　　　　　　　　　　　　　　P.O. Box 298
　　　　　　　　　　　　　　　　　　Charlottesville, VA 22902
　　　　　　　　　　　　　　　　　　Phone: (434) 951-7224
　　　　　　　　　　　　　　　　　　Fax:    (434) 951-7244
　　　　　　　　　　　　　　　　　　Email: dthomas@michiehamlett.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ David W. Thomas_____
David W. Thomas, Esq. (VSB No. 73700)
MichieHamlett PLLC
310 4th Street NE, 2nd Floor
P.O. Box 298
Charlottesville, Virginia 22902
Phone: (434) 951-7224
Fax:    (434) 951-7244
Email: dthomas@michiehamlett.com